UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIA'S SECRET STORES, LLC,<br><br>Defendant. | CASE NO.: 6:25-cv-01269-RRS-CBW<br><br>Judge: Robert R. Summerhays<br><br>Magistrate Judge: Carol B. Whitehurst |

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS HEREBY ORDERED** that Defendant, Victoria's Secret Stores, LLC be allowed an additional thirty (30) days within which to file responsive pleadings to Plaintiff's Class Action Complaint (R. Doc. 1), or until October 31, 2025.

LAFAYETTE, LOUISIANA, this _____ day of October 2025.

_____
DISTRICT JUDGE ROBERT R. SUMMERHAYS