**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VICTORIA'S SECRET STORES, LLC, <br><br> Defendant. | CASE NO.: 6:25-cv-01269-RRS-CBW <br><br> Judge: Robert R. Summerhays <br><br> Magistrate Judge: Carol B. Whitehurst |

**RULE 7.1 DISCLOSURE STATEMENT**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐ No.

    ☒ Yes, and

    ☒ These parent corporations and publicly held corporations own 10% or more of the filer's shares:

    IB US Retail Holdings, Inc. (wholly owns Victoria's Secret Stores, LLC)

    Victoria's Secret & Co., a publicly held corporation (wholly owns IB US Retail Holdings, Inc.)

    ☐ The filer has no parent corporation.

    ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. 2. Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?

☒ No.

☐ Yes.

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

Dated: September 30, 2025

          Respectfully submitted,

          s/ *Connor W. Peth*
          Quentin F. Urquhart, Jr.
          La. Bar No. 14475
          Connor W. Peth
          La. Bar No. 39499
          Irwin Fritchie Urquhart Moore & Daniels LLC
          400 Poydras Street, Suite 2700
          New Orleans, LA 70130
          Telephone: (504) 310-2107
          Fax: (504) 310-2101
          qurquhart@irwinllc.com

          Meredith C. Slawe (*pro hac vice forthcoming*)
          Pennsylvania Bar No. 201489
          New Jersey Bar No. 04192-2005
          New York Bar No. 5964226
          meredith.slawe@skadden.com
          Skadden, Arps, Slate, Meagher & Flom LLP
          One Manhattan West
          New York, NY 10001-8602
          Telephone: (212) 735-3000
          Facsimile: (212) 735-2000
          meredith.slawe@skadden.com

          *Counsel for Victoria's Secret Stores, LLC*