UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated <br> Plaintiff | Case No.  6:25-cv-01269-RRS-CBW |
| VS. | Judge    Robert R Summerhays |
| VICTORIA SECRET STORES, LLC <br> Defendant | Magistrate Judge    Carol B Whitehurst |

**ORDER**

CONSIDERING the Motion to Appear Pro Hac Vice [Rec. Doc. 11]

IT IS ORDERED that Meredith C. Slawe be and is hereby admitted to the bar of this Court pro hac vice on behalf of Defendant in the above described action.

SO ORDERED on this, the 3rd day of October, 20 25.

_____
U.S. Magistrate Judge