UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated | Case No.  6:25-cv-01269-RRS-CBW |
| Plaintiff | |
| VS. | Judge    Robert R Summerhays |
| VICTORIA SECRET STORES, LLC | Magistrate Judge   Carol B Whitehurst |
| Defendant | |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Victoria Secret Stores, LLC in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the Southern District of New York or the bar of the Appellate Division of the Supreme Court of the State of New York, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Quentin F. Urquhart, Jr. of the firm of Irwin Fritchie Urquhart Moore & Daniels LLC is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| /s/ Rachel E. Moore | s/ Connor W. Peth |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |
| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |
| Name: Rachel E. Moore | Name: Connor W. Peth |
| Firm: Skadden, Arps, Slate, Meagher & Flom LLP | Firm: Irwin Fritchie Urquhart Moore & Daniels LLC |
| Address: One Manhattan West, New York, NY, 10001 | Address: 400 Poydras St, Suite 2700, New Orleans, LA, 70130 |
| Telephone: (212) 735-2571 | Telephone: (504) 310-2107 |
| Fax: (917) 777-2571 | Fax: (504) 310-2101 |
| E-mail: Rachel.moore@skadden.com | E-mail: cpeth@irwinllc.com |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated<br>Plaintiff | Case No.  6:25-cv-01269-RRS-CBW |
| VS. | Judge    Robert R Summerhays |
| VICTORIA SECRET STORES, LLC<br>Defendant | Magistrate Judge    Carol B Whitehurst |

**ORDER**

IT IS ORDERED that Rachel E. Moore be and is hereby admitted to the bar of this Court pro hac vice on behalf of Defendant in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge