**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated,** ) ) )<br>**Plaintiff,** )<br> )<br>**v.** )<br> )<br>**VICTORIA'S SECRET STORES, LLC,** )<br> )<br>**Defendant.** )<br> )<br> )<br> )<br> )<br>_____ ) | **CASE NO.: 6:25-cv-01269-RRS-CBW**<br><br>**Judge: Robert R. Summerhays**<br><br>**Magistrate Judge: Carol B. Whitehurst** |

**ORDER**

Considering the foregoing Motion for Extension of Time;

**IT IS HEREBY ORDERED** that Defendant, Victoria's Secret Stores, LLC be allowed an additional ten (10) days within which to file responsive pleadings to Plaintiff's Class Action Complaint (R. Doc. 1), or until November 10, 2025.

LAFAYETTE, LOUISIANA, this _____ day of _____ 2025.


_____
DISTRICT JUDGE ROBERT R. SUMMERHAYS