UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAMANTHA CHAUTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIA'S SECRET STORES, LLC,<br><br>Defendant. | CASE NO.: 6:25-cv-01269-RRS-CBW<br><br>Judge: Robert R. Summerhays<br><br>Magistrate Judge: Carol B. Whitehurst |

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS HEREBY ORDERED** that Defendant, Victoria's Secret Stores, LLC be allowed an additional ten (10) days within which to file responsive pleadings to Plaintiff's Class Action Complaint (R. Doc. 1), or until November 10, 2025.

LAFAYETTE, LOUISIANA, this __30th__ day of __October__ 2025.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

~~DISTRICT JUDGE ROBERT R. SUMMERHAYS~~